**Christopher J. Langley (SBN 258851)**
The Law Offices of Langley and Chang
4158 14th St.
Riverside, CA 92501
Telephone: (951) 383-3388
Fax: (877) 483-4434
chris@langleylegal.com

Attorney for Debtors,

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Peter P. Tamarat and Daungrudee Tamarat<br><br>Debtors. | CASE NO.: 8:17-bk-11859-ES<br><br>Chapter: 13<br><br>**NOTICE OF OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY- REAL PROPERTY**<br><br>Hearing:<br>Date:  11/15/18<br>Time:  10:00 AM<br>Ctrm:  5A<br>Place:  411 W. Fourth St.<br>           Santa Ana, CA 92701 |

TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AMRANE COHEN, CHAPTER 13 TRUSTEE, U.S. BANK TRUST N.A., AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Peter P. Tamarat and Daungrudee Tamarat (the "Debtors") herein oppose the motion for relief from automatic stay filed by, U.S. Bank Trust N.A., as Trustee of the SCIG Series III, its successors and assigns, with regard to the Real Property, 8190 Peppertree Lane, Cypress, CA 90630.

1

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

The Debtor believes account should be current, and is preparing proof of payments that will be forwarded over to the lender for confirmation of processing.

Respectfully submitted,

Dated:  November 1, 2018   THE LAW OFFICES OF LANGLEY AND CHANG

By: /s/ Christopher J. Langley
CHRISTOPHER J. LANGLEY
Attorney for Debtor

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**4158 14th St. Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OPPOSITION AND OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY- REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/01/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Amrane (SA) Cohen (TR)**   efile@ch13ac.com
**Sean C Ferry**   sferry@ecf.courtdrive.com, bkyecf@rasflaw.com
**Michelle R Ghidotti**   ECFNotifications@ghidottilaw.com
**Jamie D Hanawalt**   ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com
**Christopher J Langley**   chris@langleylegal.com, omar@langleylegal.com;langleycr75251@notify.bestcase.com
**Valerie Smith**   claims@recoverycorp.com
**United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
**Madison C Wilson**   mwilson@rasflaw.com, ras@ecf.courtdrive.com;bkyecf@rasflaw.com
**Gilbert R Yabes**   ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
**Kristin A Zilberstein**   ecfnotifications@ghidottilaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **11/01/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| **Peter P. Tamarat &** | **The Honorable Erithe A. Smith** | **The Law Offices of Michelle Ghidotti** |
| **Daungrudee Tamarat** | United States Bankruptcy Court | 1920 Old Tustin Ave. |
| 8190 Peppertree Lane | 411 W. Fourth St. Ste. 5040 | Santa Ana, CA 92705 |
| Cypress, CA 90630 | Santa Ana, CA 92701 | |

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **11/01/18**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/01/18 | Omar Negrete | /s/ Omar Negrete |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                  F 9013-3.1.PROOF.SERVICE